Gary A. Waldron, Esq. (Bar No. 99192)
David I. Lipsky, Esq. (Bar No. 51009)
**WALDRON & BRAGG, LLP**
23 Corporate Plaza Drive, Suite 200
Newport Beach, California  92660-7901
Tel: (949) 760-0204; Fax: (949) 760-2507

Alan M. Laskin, Esq. (Bar No. 148858)
**LAW OFFICE OF ALAN M. LASKIN**
1810 "S" Street
Sacramento, CA 95814
Tel: (916) 329-9010; Fax: (916) 442-0444

Attorneys for Plaintiff ROBERT DAVIS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| ROBERT DAVIS,<br><br>                    Plaintiff,<br><br>          v.<br><br>ONEBEACON INSURANCE COMPANY,<br>and DOES 1 through 40, Inclusive,<br><br>                    Defendants. | **CASE NO.**   2:11-cv-00082-JAM-KJN<br>[Assigned for all Purposes to:<br><br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

///

///

///

///

///

///

///

///

///

///

///

- 1 -

STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1    ///

2    Plaintiff ROBERT DAVIS ("Plaintiff") and Defendant ONEBEACON INSURANCE

3    COMPANY  ("Defendant") , by and through their counsel of record, hereby stipulate as

4    follows:

5        1.    Defendant shall be dismissed without prejudice from Case No. 2:11-cv-00082-

6              JAM-KJN (the "Lawsuit");

7        2.    All claims asserted by Plaintiff in the Lawsuit filed herein shall be dismissed

8              without prejudice, each party to bear its own costs and attorneys' fees.

9    IT IS SO STIPULATED.

10

11   DATED: January 25, 2011                 **WALDRON & BRAGG, LLP**

12

13                                           By: __s/ David Lipsky_____
                                                David I. Lipsky
14                                              Attorneys for Plaintiff ROBERT
                                                DAVIS

15

16   DATED: January 25, 2011                 **SEYFARTH SHAW, LLP**

17

18                                           By: __s/ Timothy B. Nelson_____
                                                Mark P. Grajski
                                                Timothy B. Nelson
19                                              Attorneys for Defendant
                                                ONEBEACON INSURANCE
20                                              COMPANY

21

22

23

24

25

26

27

28
- 2 -

STIPULATION  FOR VOLUNTARY  DISMISSAL WITHOUT  PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**PURSUANT TO STIPULATION BY THE PARTIES, IT IS SO ORDERED** that

Defendant ONEBEACON INSURANCE COMPANY shall be dismissed without prejudice

from Case No. 2:11-cv-00082-JAMS-KJN (the "Lawsuit").

**IT IS FURTHER ORDERED** that all claims asserted by Plaintiff ROBERT DAVIS

in the Lawsuit filed herein shall be dismissed without prejudice, each party to bear its own

costs and attorneys' fees.

DATED:   1/31/2011                                    /s/ John A. Mendez_____
                                                      U.S. District Court Judge

- 3 -C:\DOCUMENTS AND SETTINGS\HVINE\DESKTOP\11CV82.O.13111

STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE

(CCP §§ 1013a(1), (3) and 1013(c) CRC Rule 2006(d))

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of eighteen years, and not a party to this action; and I am employed in the County of Orange, California, in which county the within mailing occurred.  My business address is 23 Corporate Plaza Drive, # 200, Newport Beach, CA 92660.

On *January    , 2011,* I caused a true copy of the following documents to be served in this action upon the persons set forth below, by the method indicated.

Document(s) Served: **STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Person(s) or Party Served: **See Attached Service List**

[**XX**]   **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Newport Beach, California.  I am "readily familiar" with the firm's practice of collecting and processing mail.  It is deposited with the U.S. Postal service on that same day in the ordinary course of business.  I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]   **(BY EXPRESS SERVICE CARRIER)** I deposited in a box or other facility regularly maintained by *OVERNITE EXPRESS/FEDERAL EXPRESS* an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents a copy of the above-referenced document, together with an unsigned copy of this declaration, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the above-referenced parties.

[  ]   **(BY FACSIMILE TRANSMISSION)** I caused such document to be transmitted to the addressee(s) facsimile number noted above.  The facsimile machine I used complied with Rule 2003(3) and the transmission was reported as complete and without error.  Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the facsimile transmission, a copy of which is attached to this declaration.

[  ]   **(BY ELECTRONIC MAIL)** I caused such document to be transmitted to the addressee(s) by way of electronic mail.

[  ]   **(BY PERSONAL DELIVERY)** I caused such envelope to be delivered by hand to the addressee(s) listed herein.

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on *January    , 2011*, at Newport Beach, California.

_____
Liz H. Graham

- 1 - C:\DOCUMENTS AND SETTINGS\HVINE\DESKTOP\11CV82.O.13111

STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

0

1

2

3

4

5

6

7

8

9

0

1

2

3

4

5

6

7

8

- 2 -C:\DOCUMENTS AND SETTINGS\HVINE\DESKTOP\11CV82.O.13111

STIPULATION  FOR  VOLUNTARY  DISMISSAL  WITHOUT  PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

**Service List**

1

2

3

| Mark P. Grajski, Esq.<br>Timothy B. Nelson, Esq.<br>**SEYFARTH SHAW LLP**<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA 95814-4428<br>Tel: (916) 448-0159; Fax: (916) 558-4839<br>Email: mgrajski@seyfarth.com<br>          tnelson@seyfarth.com | **ATTORNEYS FOR DEFENDANT ONEBEACON INSURANCE COMPANY** |
|---|---|
| Alan M. Laskin, Esq.<br>**LAW OFFICE OF ALAN M. LASKIN**<br>1810 "S" Street<br>Sacramento, CA 95814<br>Tel: (916) 329-9010; Fax: (916) 442-0444<br>Email: alaskin@laskinlaw.com | **ATTORNEY FOR PLAINTIFF ROBERT DAVIS** |

4

5

6

7

8

9

0

1

2

3

4

5

6

7

8

9

0

1

2

3

4

5

6

7

8

- 3 - C:\DOCUMENTS AND SETTINGS\HVINE\DESKTOP\11CV82.O.13111

STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com